**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7294**

_____

ROHAJI D. DALE,

Plaintiff – Appellant,

v.

LANCE P. FORSYTHE, Superintendant; DOCTOR OFOGH, Doctor;
GENE JOHNSON, Director of Prisons; CHRISTY GRAY, LPN Nurse;
ERICA POWELL, EMT Worker; C. E. DAVIS, Warden; DR. M.
MILITANA, Doctor; DOCTOR HERCULES, Doctor,

Defendants – Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Mark S. Davis, District
Judge. (2:09-cv-00624-MSD-DEM)

_____

Submitted:  November 18, 2010        Decided:  December 2, 2010

_____

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Rohaji D. Dale, Appellant Pro Se. Lisa H. Leiner, HARMAN,
CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia; Richard Carson
Vorhis, Senior Assistant Attorney General, Richmond, Virginia;
Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia;
Lloyd Lee Byrd, Ruth Griggs, SANDS ANDERSON, PC, Richmond,
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rohaji Dale appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dale v. Forsythe</u>, No. 2:09-cv-00624-MSD-DEM (E.D. Va. Aug. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3